HYLAND and another, Respondents, vs. BOHN MANUFACTURING COMPANY, imp., Appellant.

*November 26, 1895 — January 28, 1896.*

*Hyland v. Bohn Mfg. Co., ante, p. 157, followed.*

APPEAL from a judgment of the circuit court for Ashland county: JOHN K. PARISH, Circuit Judge. *Affirmed.*

The cause was submitted for the appellant on separate briefs by *J. J. Miles,* attorney, and *Harris Richardson* and *Warner, Richardson & Lawrence,* counsel, and for the respondents on the brief of *Tomkins & Merrill.*

The following opinion was filed December 17, 1895:

PER CURIAM. This is a consolidated action, composed of two replevin actions, brought to recover several car loads of lumber, and which are the same actions referred to in the statement of facts in the case of *Hyland v. Bohn Mfg. Co. ante,* p. 157. The plaintiffs recovered judgment in the court

below. The same questions of fact and of law are presented in the present case as in the case last referred to, and, upon the principles laid down in that case, the judgment herein must be affirmed.

Judgment affirmed.

A motion for a rehearing was denied January 28, 1896.